# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**

**ARTHUR J. ROBERT JR.,**     Chapter 7 Case
           Debtor.     # 05-12461

_____

**RAYMOND J. OBUCHOWSKI,** in his capacity
as Chapter 7 Trustee for the estate of
**ARTHUR J. ROBERT JR.,**
           Plaintiff,
    v.     **Adversary Proceeding**
**MICHAEL P. ENTIS,**     # 06-1041
           Defendant.

_____

| *Appearances:* | Jennifer Emens-Butler, Esq. | Michael P. Entis |
| | Obuchowski & Emens-Butler | Pro Se |
| | Bethel, Vt. | Stowe, Vt. |
| | *For the Plaintiff* | *For the Defendant* |

## ORDER
### GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the Memorandum of Decision of even date, IT IS HEREBY ORDERED that:

1. the Plaintiff's Cross-Motion for Summary Judgment (doc. # 8) is granted;

2. the Defendant's Motion for Summary Judgment (doc. # 4) is denied; and

3. the Plaintiff is entitled to a judgment to recover the preferential payment from the Defendant (minus any distribution to which the Defendant is entitled).

**SO ORDERED.**

August 17, 2007     Filed & Entered     Colleen A. Brown
Rutland, Vermont     On Docket     United States Bankruptcy Judge
            August 17, 2007